# United States District Court
# Central District of California

| | |
|---|---|
| LILIAN YESENIA PADRON,<br><br>                Plaintiff,<br><br>     v.<br><br>ONEWEST BANK; ONEWEST BANK GROUP LLC; INDYMAC BANK; INDYMAC MORTGAGE SERVICES; INDYMAC BANCORP, INC.; IMB HOLDCO; NDEX WEST, LLC; MERIDIAN FORECLOSURE SERVICE f/k/a MTDS, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION; LANDAMERICA, INC.; DOES 1–1000, inclusive,<br><br>                Defendants. | Case No. 2:14-cv-01340-ODW(Ex)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

    Finding that the original 121 plaintiffs had improperly joined their claims together in one action, on April 7, 2014, the Court dismissed all plaintiffs except Lillian Yesenia Padron. (ECF No. 22.) The Court also remanded Padron's state-law claims to Los Angeles County Superior Court. (*Id.*) Finally, the Court ordered

Defendants to answer or otherwise respond to Padron's Complaint within 14 days of that Order—or April 21, 2014. (*Id.*)

To date, no Defendant has answered or otherwise responded. The Court therefore **ORDERS** Padron to **SHOW CAUSE** in writing by Tuesday, May 27, 2014, why she has not moved for entry of default against Defendants. No hearing will be held. The Court will discharge this Order upon Padron's timely applications for entry of default filed with the Clerk of Court. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

May 20, 2014

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2