O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| LILIAN YESENIA PADRON,<br><br>                    Plaintiff,<br><br>         v.<br><br>ONEWEST BANK; ONEWEST BANK GROUP LLC; INDYMAC BANK; INDYMAC MORTGAGE SERVICES; INDYMAC BANCORP, INC.; IMB HOLDCO; NDEX WEST, LLC; MERIDIAN FORECLOSURE SERVICE f/k/a MTDS, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION; LANDAMERICA, INC.; DOES 1–1000, inclusive,<br><br>                    Defendants. | Case No. 2:14-cv-01340-ODW(Ex)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION** |

Finding that the original 121 plaintiffs had improperly joined their claims together in one action, on April 7, 2014, the Court dismissed all plaintiffs except Lillian Yesenia Padron. (ECF No. 22.) The Court also remanded Padron's state-law claims to Los Angeles County Superior Court. (*Id.*) Finally, the Court ordered

Defendants to answer or otherwise respond to Padron's Complaint within 14 days of that Order—or April 21, 2014. (*Id.*)

On May 20, 2014—having heard no response from any served defendant—the Court ordered Padron to show cause why the Court should not dismiss her case for lack of prosecution. The Court noted that she had not moved for entry of default against any defendants whom she had already served and mandated that Padron respond in writing by May 27, 2014. Finally, the Court admonished Padron that "[f]ailure to timely respond will result in dismissal for lack of prosecution." (ECF No. 24.)

As of the date of this Order, no further action has occurred in this case. Padron has not served any more defendants nor moved for entry of default against the ones she has already served. She also has not responded to the Court's Order to Show Cause. The Court therefore **DISMISSES** Padron's action **WITHOUT PREJUDICE**. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."). The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

May 28, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**